**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAURA PAISLEY,**

                                      Case No.:  8:13-cv-2931-T-33TBM

      **Plaintiff,**

vs.

**MEDERI CARETENDERS VS**
**OF TAMPA, LLC, d/b/a Quality**
**of Life Home Care Services,**

      **Defendant.**
_____/

**JOINT REPORT REGARDING SETTLEMENT**

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

| | |
|---|---|
| _____ | have settled the case. |
| _____ | have not settled the case but wish to continue settlement discussions. |
| _____ | wish to engage in a formal mediation conference. |
| _____ | request a settlement conference before the United States Magistrate Judge. |
| __X__ | have exhausted all settlement efforts and will immediately file a Case Management Report. |

Dated:  March 3, 2014                           Respectfully submitted,


 */s/ Kimberly D. Woods*                          */s/ Patrick M. Muldowney*
Kimberly D. Woods, Esq.                         Patrick M. Muldowney, Esq.
Bar No.: 0025871                                Bar No.:  0978396
MORGAN & MORGAN, P.A.                           E-Mail:  pmuldowney@bakerlaw.com
20 N. Orange Avenue                             James W. Seegers, Esq.
Suite 1600                                      Bar No.:  122531
Orlando, Florida 32801                          E-Mail:  jseegers@bakerlaw.com
Tel:  (407) 420-1414                            BAKER & HOSTETLER, LLP.
Fax:  (407) 245-3383                            Post Office Box 112
E-Mail:  kwoods@forthepeople.com                Orlando, Florida 32802-0112
Attorneys for Plaintiff                         Tel:  (407) 649-4000
                                                Fax:  (407) 841-0168
                                                Attorneys for Defendant